UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAMEEDH AL AZZAWI,

Plaintiff,

v.

KELLOGG BROWN AND ROOT,

Defendant.

No. 2:15-cv-1468 GEB AC

ORDER

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 14, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2016, are adopted in full;

2. Defendant's motion to dismiss, ECF No. 19, is granted with leave to amend; and

////

3. Plaintiff's first amended complaint, ECF No. 26, is found to be the now operative complaint.

Dated: February 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge